# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-10-00806-CV

John L. Wiley and Randi Wiley, Appellants

v.

William H. Carmean and Linda D. Carmean; Thomas R. Page; Edward J. Mitschke, Jr.;
Texas Country Title Co.; and Chicago Title Insurance Company, Appellees

FROM THE DISTRICT COURT OF LEE COUNTY, 335TH JUDICIAL DISTRICT
NO. 13,761, HONORABLE REVA TOWSLEE CORBETT, JUDGE PRESIDING

# M E M O R A N D U M   O P I N I O N

On July 12, 2011, we abated this appeal to give appellants John L. Wiley and Randi Wiley 60 days to take action to cure a jurisdictional defect. On August 10, 2011, appellants filed an unopposed motion to dismiss appeal. Appellants certify that the parties have reached an agreement to settle all pending claims and that appellants have agreed to dismiss this appeal as part of the agreement. Accordingly, we reinstate the appeal, grant appellants' motion, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).[1]

---

[1] Chicago Title Insurance Company previously filed a motion to dismiss for lack of jurisdiction, which we dismiss as moot.

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Appellants' Motion

Filed:   August 17, 2011